IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. |
| v. | ) | |
| | ) | 1:23-CR-235-TSC-1 |
| DEVIN MCNULTY | ) | |

## NOTICE OF APPEARANCE

Sean Young of the Federal Defender Program, Inc. herein files notice of his appearance, and respectfully requests that he be added as Counsel for Defendant, DEVIN MCNULTY in the above-captioned case.

Dated: This 24th day of July, 2023.

              Respectfully Submitted,

              */s/ Sean Young*
              Sean Young
              Georgia State Bar No. 790399

              Attorney for Mr. McNulty

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Sean_Young@fd.org