IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 1:23-CR-00235-TSC-1 |
| v. | |
| DEVIN MCNULTY | |

UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

COMES NOW the Defendant, DEVIN MCNULTY, by and through undersigned counsel and respectfully requests a six-week continuance of the status conference presently set for September 11, 2023, and to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), from the date this Court enters an Order on this motion through and including the date of the next hearing.

In support of this motion, Mr. McNulty shows as follows:

(1)

Mr. McNulty is charged with violations of 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers), 18 U.S.C. § 231(a)(3) (Civil Disorder), 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds),

18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds), 18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds), 40 U.S.C. § 5104€(2)(D) (Disorderly Conduct in a Capitol Building). 40 U.S.C. § 5104€(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings). (Doc. 11). He was arraigned on July 24, 2023.

(2)

The government has made a plea offer that expires on October 16, 2023, and the parties are continuing plea negotiations. In addition, Counsel for Mr. McNulty are continuing to research comparable cases and investigate possible mitigation that would be relevant to such negotiations. A six-week continuance to on or after October 23, 2023, should better allow the parties to apprise the Court of how the case will move forward by that time.

(3)

Undersigned counsel has consulted with Assistant United States Attorney ("AUSA") Andrew Haag regarding this continuance, and AUSA Haag has no objection to this motion.

(4)

Under 18 U.S.C. § 3161 et seq., the interests of justice in granting the continuance outweigh the public's and the Defendant's right to a speedy trial. Thus,

the time between now and the new deadline for the status conference should be excluded from speedy trial calculations.

WHEREFORE, Mr. McNulty respectfully requests that this Court grant the motion to continue to a date on or later than October 23, 2023, the status conference presently set for September 11, 2023, and, from the date this Court enters an Order on this motion through and including the date of the next hearing, that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully Submitted, this 7th day of September, 2023.

/s/ Sean Young
Sean Young
Georgia Bar No. 790399

Attorney for Mr. McNulty

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Sean_Young@fd.org