IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | |
| versus | Criminal Action Number<br>1:23-CR-235-TSC |
| Devin McNulty. | |

## Motion to Modify Conditions of Release

As explained below, Mr. McNulty moves the court to either eliminate or temporarily suspend his random drug testing from October 24 to November 2, 2023, when he needs to travel out of state for work, and would not be available to test if asked to do so. On July 6, 2023, Mr. McNulty made his first appearance, by video, before Judge Faruqui. Judge Faruqui continued Mr. McNulty on a personal recognizance bond and set conditions of his release. (Doc. 10). The only restrictions on Mr. McNulty's travel are that he may travel to the District of Columbia only under certain circumstances (*id.* ¶ 7(f)), and that he notify Pretrial Services in the Eastern District of Tennessee in advance of any travel outside of that district. (*Id.* ¶ 7(t)).

Mr. McNulty is also required to "submit to testing for a prohibited substance if required by the pretrial services office or supervising officer." (Doc. 10 ¶ 7(n)). Although Mr. McNulty has no substance abuse history (*see* Pretrial Services Report, Doc. 7 at 3), his supervising officer, U.S.P.O. Loretta Smith, has elected to require him to participate in testing from August 14, 2023 until February 14, 2024. Every evening, Sunday through Thursday, Mr. McNulty must call a phone number to see if he needs to test the following day. So far, he has been called to submit to urinalysis three times, and has completed each on time and with negative results[1].

Mr. McNulty owns and operates a moving company. On October 24, he is scheduled to depart Tennessee to drive a client's household

---

[1] One of these tests occurred on August 25, 2023. The contract testing center, Midway Rehabilitation in Knoxville, incorrectly reported to Ofc. Smith that Mr. McNulty missed his appointment. Ofc. Smith then reported the same to Ofc. Cole with Pretrial Services in D.C., who submitted a report of the alleged missed appointment in a status report to the Court. (Doc. 17 at 3). Mr. McNulty provided photographs of his urine sample and receipt of payment from that date to Ofc. Smith, who shortly thereafter confirmed with Midway that in fact Mr. McNulty had reported and tested as directed. Defense counsel provided this information to Ofc. Cole and requested that she submit a corrected status report to the Court, but she has failed to do so.

possessions in his 26-foot moving truck to Montana. He expects to return to Tennessee on November 2. He has already given Ofc. Smith notice of his planned out-of-district travel, as required by his conditions of release. However, if he were instructed to report for testing during his absence, he would be unable to comply. Mr. McNulty and undersigned counsel have asked Ofc. Smith to suspend his testing requirement during this time period, but have received no response.

Based on the facts that Mr. McNulty has no history of substance abuse and no criminal history, has been compliant with all conditions of release including testing, and has had no positive drug screens in the two months he has so far been testing, he respectfully moves the Court to delete the testing requirement from his conditions of release. In the alternative, he moves the Court to amend his conditions to suspend the testing requirement from October 24 to November 2.

Dated:  This 18th day of October, 2023.

>Respectfully submitted,
>
>/s/ *Colin Garrett*
>
>Georgia State Bar No. 141751

/s/ Attorney for Devin McNulty

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
Colin_Garrett@fd.org