IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | Criminal Action Number |
| versus | 1:23-CR-235-TSC |
| Devin McNulty. | |

## Motion to Continue Case

On October 24, 2023, the Court held a status video conference with the parties. The Court granted the parties' request for additional time to negotiate a disposition of the case, and set a further status conference for November 29, 2023. The parties have now reached an agreement, and therefore no longer need an additional status conference. Because the 29th is only two days hence, and Mr. McNulty and defense counsel will all have to make travel arrangements for a change-of-plea hearing, the defense respectfully requests that the Court set a change of plea hearing for a future date convenient to the Court and the parties. Mr. McNulty requests that the Court exclude all time between November 29 and the change of plea hearing pursuant to 18 U.S.C. § 3161(h).

Dated: This 27th day of November, 2023.

                                              Respectfully submitted,

                                              /s/ *Colin Garrett*

                                              Georgia State Bar No. 141751
                                              Attorney for Devin McNulty

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
Colin_Garrett@fd.org