IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,

versus

Devin McNulty.

Criminal Action Number
1:23-CR-235-TSC

## **Joint Status Report**

Pursuant to the Court's minute order of November 27, 2023, the parties have identified the following dates when they are mutually available for a change-of-plea hearing: January 9 (a.m.), 10, or 11, 2024. The parties both consent to the Court excluding time from the speedy trial clock between November 29 and the date the Court sets for the change of plea.

Dated: This 7th day of December, 2023.

Respectfully submitted,

/s/ *Colin Garrett*

Georgia State Bar No. 141751
Attorney for Devin McNulty

1

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
Colin_Garrett@fd.org