IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | |
| versus | Criminal Action Number 1:23-CR-235-TSC |
| Devin McNulty. | |

## Motion to Allow Advance Payment

In this January 6th case, the parties have worked out an agreement under which Mr. McNulty will plead guilty to Count One of the indictment, a violation of 18 U.S.C. § 111(a)(1). Pursuant to the agreement, Mr. McNulty agrees to pay restitution in the amount of $2,000 to the Architect of the Capitol, and a special assessment of $100. The agreement includes standard financial disclosure obligations on Mr. McNulty, but expressly states that those will not apply if he pays the restitution in full prior to sentencing.

Mr. McNulty is eager to satisfy his anticipated financial obligations to the Court and the government. Because the Clerk of Court is unable to accept payment in advance of sentencing without a court order, Mr. McNulty now moves the Court to direct the Clerk to

accept advance payment of restitution and the special assessment from Mr. McNulty. The government does not oppose this motion.

    Dated:  This 7th day of December, 2023.

               Respectfully submitted,

                /s/ *Colin Garrett*

                Georgia State Bar No. 141751
                Attorney for Devin McNulty

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
Colin_Garrett@fd.org