IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | Criminal Action Number |
| versus | 1:23-CR-235-TSC |
| Devin McNulty. | |

## ORDER

Having considered Mr. McNulty's *Motion to Allow Advance Payment* (Doc. 23), which is unopposed by the Government, the Court finds good cause to grant it, and therefore directs the Clerk of Court to accept payment by Mr. McNulty of $2,000 in restitution to the Architect of the Capitol, and a $100 special assessment in this case.

SO ORDERED.

Dated: This ____ day of December, 2023.

_____

Tanya S. Chutkan
United States District Judge

Prepared by:
Colin Garrett
Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
Colin_Garrett@fd.org