UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :    Case No. 23-cr-235 (TSC)
                                  :
DEVIN MCNULTY,                    :
                                  :
           Defendant.             :

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

Date: February 1, 2024

_____
Devin McNulty
Defendant

Date: February 1, 2024

_____
Colin Garrett
Attorney for the Defendant

Date: February 1, 2024

_____
Andrew S. Haag
Assistant United States Attorney

2/1/2024

_____
HONORABLE TANYA S. CHUTKAN
United States District Judge