# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVIN MCNULTY,<br><br>   Defendant. | Crim. Action No. 1:23-cr-00235-TSC-1 |

## UNOPPOSED MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM AND EXHIBITS UNDER SEAL

Devin McNulty, through undersigned counsel, respectfully moves this Court for permission to file the defense Memorandum in Aid of Sentencing and exhibits under seal pursuant to Local Criminal Rule 5.1(h). Specifically, defense counsel seeks to leave to file the sentencing memorandum with redactions. The government does not oppose this Motion. In support of this Motion, counsel states:

1. Mr. McNulty will be before this Court for sentencing on June 28, 2024.

2. Defense counsel will file Mr. McNulty's Sentencing Memorandum on June 21, 2024.

3. Counsel seeks leave to file the Memorandum and exhibits, which contain sensitive personal information, partially under seal – specifically, filed with sensitive information redacted. Counsel will provide chambers and the government with a copy of the unredacted submission.

4. The Court has the inherent power to seal materials submitted to it. *See United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *United States v. Wuagneux*,

683 F.2d 1343, 1351 (11th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) (the trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests).

5. The government does not oppose this request.

                                        Respectfully submitted,

                                        */s/ Sean Jengwei Young*
                                        SEAN JENGWEI YOUNG
                                        GEORGIA BAR NO. 790399

                                        */s/ Colin Garrett*
                                        COLIN GARRETT
                                        GEORGIA BAR NO. 141751

                                        ATTORNEYS FOR MR. MCNULTY

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
Sean_Young@FD.org

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 1:23CR235 |
| DEVIN MCNULTY | ) | |
| | ) | |

### SEALING ORDER

This matter having come before the Court on the defendant's Motion to Seal pursuant to Local Criminal Rule 5.1(h) and for good cause shown, the Court finds that sealing is necessary in order to safeguard confidential information, as well as other sensitive personal information, pertaining to Devin McNulty.

For the foregoing reasons, it is hereby ORDERED that the defendant's Motion to Seal is granted, and it is FURTHER ORDERED that the defendant may file his Memorandum in Aid of Sentencing and Exhibits with redactions.

Entered this _____ day of _____, 2024.

_____
Honorable Tanya S. Chutkan
United States District Judge