Clayton Bledsoe
1130 Marble Hill Road
Friendsville, TN 37737

July 17, 2023

RE: Mr. Devin McNulty

I am writing on behalf of Devin McNulty. Mr. McNulty and I met when I was 18 years old and at the time, I had been into juvenile detention several times and was currently wearing an ankle monitor as part of my probation sentence. I had lost my father a few years earlier and had been lost in life. In the time I have known Devin, he has proven to be a responsible and morally driven person in my life. He has given me continued guidance and encouragement to improve my life and to correct the mistakes I have made in the past. He has been a significant mentor and provided me with a job for the past several years. He has always been available and has been someone I have looked up to for his character and influence to be a leader and not a follower. He has always been a positive influence on me and assisted me in getting my driver's license and repeatedly told me how important it is to choose my friends wisely. He has also been a friend and encouragement to others that I have seen first-hand. He allowed another friend, Josh, a place to stay when he did not have anywhere to go. He has always been willing to help and encourage those around him. I still maintain a friendship and work with him and consider him a dear friend who has helped me grow so much as a person. He is compassionate and hard working and always goes above and beyond. His character has made me a better person and I am thankful for his guidance and friendship.
It is my hope that this letter regarding Mr. McNulty will act as a positive and considering factor when the court considers this matter.

Sincerely,


Clayton Bledsoe