To Whom It May Concern:

I met Devon McNutty in 2020 when he hired my 18 year old grandson to work with him in the moving business he was working to establish.

Devon was a great mentor to my grandson. Devon encouraged him to read books about business and finances. As my grandson has continued to work with Devon when needed I have many things I believe Devon has encouraged him in. Such as respect for items that someone may hold dear. How to handle when someone is not happy with your service and learning calmly to handle the situation.

I have always found Devon to be polite and caring with all the people he has dealings with. He treats those who work with him as equals and fairly. He encourages them to improve their lives and expand their education.

If he makes a mistake I have heard him admit it. As well as apologize when he is wrong. My belief that a very young man of this character is a value to the community.

Shelia H Bledsoe