Zach Burkett

7/17/2023

Evaluation

   I understand the magnitude of the situation that Devin Mcnulty is facing. As his friend of twelve years, I can say that he has been a wonderful influence on his peers and family. He is one of the smartest people I know, and what happened in January 2021 should not define who he is. He has a clean background and has always looked to better himself. I should know this because he has made me a better person throughout my youth. I served three years in the United States Army with an honorable discharge, and I know a leader when I see one. Devin is a leader. He started a moving company(Cool Movers) back in 2019, he helped me pay my car payment in full ($3,000), and he wants to be a family man that dedicates his life to God.

   He is a true and patriotic American that brings value to his community. He started a business from the ground up at twenty-three years of age. Not many people can say that. He plans on getting married in September and starting a new chapter in his life. What happened in the beginning of 2021 was a strange time for everyone. We all know that. The 45th president even advocated walking to the Capitol. A Commander in Chief told citizens to go to the Capitol. Devin Mcnulty should not be punished for this. He made a mistake and he knows that. It is evident he was on the property, but he did not damage or vandalize anything. He did not breach and enter the Capitol.

I am not trying to make this a full essay, but when it comes to my friends, like Devin, I will defend them. You are who you surround yourself with. I am a firm believer in that. On a daily basis, Devin surrounds himself with good people who want to better themselves. Devin and myself are in a generation that are impulsive and are constantly on social media. Devin is not like that. He reads and focuses on his hobbies. He wants to be a family man, and that is something he has wanted for years. It would be a mistake to punish my friend. Devin is an outstanding citizen, and he is someone that has a promising future. Everything I say about him is the truth. This should be the closure you seek on his character.I will raise my right hand and swear on this just as I swore to serve this country honorably.