

Tue, Jul 25, 10:19 AM

to

We have known Devin McNulty for almost 2 years now. We have been attending church with him and have gotten to know him well. Devin is a very kind, cheerful, friendly, positive, generous and well mannered young man with an infectious smile.

We got to know him more when he was volunteering at our 2022 summer church youth camp, where he led a very successful boxing activity that was loved by both youth and staff. He also helped in the kitchen and assisted in a variety of other activities. He is really great with kids and gets along very well with everyone that we know.

Devin is a loved and trusted member of our community. Please consider this character reference in your consideration of any dealings associated with him. Feel free to reach out to us for any additional information.

Have a wonderful day.
Sincerely, Jim and Georgia McDonald.