**Jeramy Freels**  

8:12 PM (37 minutes ago)

to

Hello.My name is Jeramy Freels , and this is my written testimony of Devin McNulty and his character. I'm not always the best speller and English isn't my strong point but here is my testimony. I've known Devin for almost a year now I started working with Devin for his company Cool Movers. My background isn't the most desirable to be honest I'm actually a convicted felon with a pretty rough back story but I've reformed a lot of my life an I continue to work on the best form of myself everyday I don't get into trouble anymore I'm honest hardworking and view this as a second start at life but besides the point most employers don't see that or hear it for a second, Devin did though he gave me a chance to show him the kind of worker and person I could be,that says a lot about a person since working with him though I've been able to rebuild quiet a bit of my life. He's the kind of boss that pushes you to be better but being around him makes you want to be better also I couldn't ask for a better person or influencer in my life the old saying goes if you want to stay out of trouble you've got to find better friends so I have not only do I respect Devin as a boss I look up to him an value him as a friend. If I'm speaking honestly Devins helped me a lot my housing situation isn't ideal but he's helped me a couple times when I thought life was gonna succeed in pulling me back down,he's the kinda guy you need in your corner he's been the true definition of a great friend an never ceases to show his true colors one time for example I had came up with the idea to live more affordable then the situation I was in an I think I might have even voiced it while on the job with him, only to wake up a few weeks later to a message from him with a offer to help me find afford an possibly finance a way to make it happen so fast forward a little bit I find a camper which I believe was two and a half hours away from where he lived. So he actually made arrangements with me got the details and location of this camper so he drives up purchases this camper an then tows it another 2 an ahalf hours to the town I live in without asking for anything in return for the task later while working with him about a week after the fact he hands me the title to the camper and tells me that he doesn't want anything in return. I just want to accurately describe him he's been so much of a friend to me that sometimes it's so hard to believe that there are still people like him in this world I couldn't express my gratitude with 5000 words on what kind of person he is all the while he continues to be a great friend and Boss.In my personal opinion we need more people like him on this earth people make mistakes people sometimes end up in poor situations but the integrity of a person shouldn't be measured by one thing and I think that's the point of life you can be a good person or a bad person an you can pretend to be either you would like but the true person comes out I honestly an wholeheartedly believe that he's a good person and I'm thankful to have him in my life an I'm thankful for the opportunity to speak on his behalf I also know he is a great husband and I know he's going to continue on to be a even greater man an a even better father thank you for your time in reading this I apologize I'm not the best speller or writer.