| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Sean Young; Colin Garrett |
| **Subject:** | Devin McNulty Police Contact |
| **Date:** | Thursday, October 26, 2023 8:41:41 PM |

**EXTERNAL SENDER**

Good evening Officer Smith. While driving I saw a car accident. I had my wife call 911 and we explained to them where to send help. Just wanted to inform you.

Thank you and have a great week

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Sean Young; Colin Garrett; Loretta Smith |
| **Subject:** | Devin McNulty Travel Notice 11/7/23 - 11/9/23 |
| **Date:** | Tuesday, November 7, 2023 9:19:08 AM |

**EXTERNAL SENDER**

Good morning Officer Smith,

I will be travelling between Loudon, TN, Greensboro, NC and Memphis, TN for work on the dates of 11/7/23 through 11/9/23.


Thank you and have a great week

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Sean Young; Colin Garrett |
| **Subject:** | Devin McNulty Phone Number Notice |
| **Date:** | Wednesday, February 28, 2024 2:00:54 PM |

**EXTERNAL SENDER**

Good Morning Officer Smith,

I just wanted to inform you that while my primary phone number is still 865-████████, I have a number that I will be using for work, which is 865-████████.

Thank you and have a great week.

Devin McNulty

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Sean Young; Colin Garrett |
| **Subject:** | Devin McNulty 3/1/24 Travel Notice |
| **Date:** | Friday, March 1, 2024 10:00:27 AM |

EXTERNAL SENDER

Good morning Officer Smith,

Today 3/1/24, I will be travelling to Cumberland County, TN and returning 3/1/24 as well.

I will notify you when I return to the district. Thank you and have a great day!

Devin McNulty

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Sean Young; Colin Garrett |
| **Subject:** | Re: Devin McNulty 3/1/24 Travel Notice |
| **Date:** | Friday, March 1, 2024 2:34:17 PM |

**EXTERNAL SENDER**

Update: I have returned to the district

Devin McNulty 3/1/24

On Fri, Mar 1, 2024, 10:00 AM Cool Movers <​​​​​​​​​​​​​​​​​​​​​​​​> wrote:
> Good morning Officer Smith,
>
> Today 3/1/24, I will be travelling to Cumberland County, TN and returning 3/1/24 as well.
>
> I will notify you when I return to the district. Thank you and have a great day!
>
> Devin McNulty

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Sean Young; Colin Garrett |
| **Subject:** | Devin McNulty Travel Notice 3/14/24 - 3/18/24 |
| **Date:** | Wednesday, March 6, 2024 5:19:52 PM |

EXTERNAL SENDER

Good evening Officer Smith,

I am emailing to notify you I will be out of town, visiting Destin, Florida, between the dates of 03/14/2024 and 03/18/2024.

I will notify you when I return.

Thank you and have a great week.

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Sean Young; Colin Garrett |
| **Subject:** | Police Contact Notice |
| **Date:** | Wednesday, March 13, 2024 8:48:59 PM |

**EXTERNAL SENDER**

Hi Officer Smith,

Just wanted to let you know I spoke to the police on a non-emergency line to report a noise nuisance on my street.

Thank you and have a great week.

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Sean Young; Colin Garrett |
| **Subject:** | Devin McNulty Travel Notice 03/14/2024 - 03/19/2024 |
| **Date:** | Thursday, March 14, 2024 12:15:45 PM |

**EXTERNAL SENDER**

Good afternoon Officer Smith,

I will visiting Destin, Florida, between the dates of 03/14/2024 and 03/19/2024. I will notify you when I return to my district.

Thank you and have a great day!

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Colin Garrett; Sean Young |
| **Subject:** | Devin McNulty back in district 03/18/2024 |
| **Date:** | Monday, March 18, 2024 5:33:26 PM |

EXTERNAL SENDER

Good afternoon Officer Smith,

I wanted to inform you I am back home at my residence as of today. 03/18/2024.

Thank you and have a great week.

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Sean Young; Colin Garrett |
| **Subject:** | Devin McNulty Travel Notice 03/19/2024 - 03/23/2024 |
| **Date:** | Monday, March 18, 2024 7:20:07 PM |

EXTERNAL SENDER

Hi Officer Smith,

I hope you are doing well. I wanted to inform you that I will be travelling to Montgomery County, TN/Clarksville, TN between the dates of 03/19/2024 and 03/23/2024.

I will message you when I return back home.

Thank you and have a great day!

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Sean Young; Colin Garrett |
| **Subject:** | Re: Devin McNulty Travel Notice 03/19/2024 - 03/23/2024 |
| **Date:** | Sunday, March 24, 2024 9:34:29 AM |

**EXTERNAL SENDER**

I am back in the district.

Thank you and have a great week

On Mon, Mar 18, 2024, 7:19 PM Cool Movers <████████████████> wrote:

> Hi Officer Smith,
>
> I hope you are doing well. I wanted to inform you that I will be travelling to Montgomery County, TN/Clarksville, TN between the dates of 03/19/2024 and 03/23/2024.
>
> I will message you when I return back home.
>
> Thank you and have a great day!

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Sean Young; Colin Garrett |
| **Subject:** | Devin Mcnulty 4/22/24 & 4/23/24 Travel Notice |
| **Date:** | Monday, April 22, 2024 2:57:55 PM |

**EXTERNAL SENDER**

Good Afternoon Officer Smith,

I will be travelling yo Fredericksburg, VA 4/22/24 and returning 4/23/24.

I will contact you when I return.

Thank you and have a great day

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Sean Young; Colin Garrett |
| **Subject:** | Re: Devin Mcnulty 4/22/24 & 4/23/24 Travel Notice |
| **Date:** | Tuesday, April 23, 2024 10:52:33 PM |

EXTERNAL SENDER

Good evening.

I am back in Tennessee.

Thank you and have a great week

> On Mon, Apr 22, 2024, 2:57 PM Cool Movers <██████████> wrote:
>
> Good Afternoon Officer Smith,
>
> I will be travelling yo Fredericksburg, VA 4/22/24 and returning 4/23/24.
>
> I will contact you when I return.
>
> Thank you and have a great day

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Sean Young; Colin Garrett; Loretta Smith |
| **Subject:** | Devin Mcnulty police contact |
| **Date:** | Friday, May 3, 2024 1:19:22 AM |

**EXTERNAL SENDER**

Hi Officer Smith,

Just wanted to inform you I spoke with police today, wasn't issued any citations or anything.

Thank you and have a great week

| | |
|---|---|
| **From:** | Cool Movers |
| **To:** | Loretta Smith; Sean Young; Colin Garrett |
| **Subject:** | Devin Mcnulty travel notice 06/13/24 |
| **Date:** | Thursday, June 13, 2024 1:58:06 PM |

EXTERNAL SENDER

Good afternoon Officer Smith. I will be travelling to and returning from Cumberland County, TN today.

Thank you and have a great day