**Natalie McNulty**     Thu, Jul 20, 6:33 PM
to me

7/20/2023
To whom is may concern,
My name is Natalie Curry, and I am writing this on behalf of my brother Devin McNulty. Devin has always been one of my biggest role models. I've always looked up to him for how smart, caring and determined he is. Even though we had a strenuous childhood, he never had too much on his plate to help when I had a question. He helped me with homework, taught me the to play the guitar, and how to skateboard. Devin even tutored others in college in his math classes. He gladly took time out of his busy schedule of starting his own business and going to school to help me move. He's never been too busy to support myself and others. Some of my favorite memories are the road trips we took to our out of state family reunions. We spent hours talking about our fears, dreams, and aspirations. He taught me a lot about myself, how to be an adult, and helped me grow. He's always inspired me with how self sufficient he is and all he's accomplished.
With kindest regards,
Natalie Curry