

# St. Peter the Apostle Orthodox Church

July 17, 2023

Character Reference for Devin McNulty

To Whom It May Concern:

I first became acquainted with Devin almost two years ago when he called me looking for direction. I founded and administer the St. Paissios Brotherhood, an organization that helps young men grow into stable manhood. I have worked with young men for several decades and have learned what their struggles are and how to help them grow stronger.

When a man calls me unsolicited as Devin did, I already know that the potential for progress is good because the man is motivated to learn and apply himself. Devin did not disappoint me. It was clear from our first conversation that Devin is a driven man with a fundamentally stable orientation. What he missed were some necessary constituents of self-understanding; things that he should have learned from his parents that were either taught poorly or not at all.

Unfortunately many men is our present age are similarly afflicted. What impressed me about Devin however was his drive and diligence. He has accomplished quite a bit already including starting a business, employing and directing other young men, he is financially stable, self-sufficient and responsible, and other virtues necessary for a stable life.

Where he lacked and what he was searching for was meaning and direction. This is why he called me. There are many men in the same situation that Devin found himself and he was not the first to reach out.

For this reason I think that Devin's current legal problems are not due to any intentional malfeasance, anti-social pathology, or the uncritical adoption of any ideology. I think he got caught up in the energy of the moment and did not exercise the necessary critical judgment.

I've talked to Devin several times since his arrest. He expressed remorse over his lack of judgment and has deep regret that he got caught up in the spirit of the protest. In all our conversations I was impressed by his sobriety and prescience of thought and expression. I would be surprised if he ever did anything like this again.

In my opinion, Devin is a man is worth taking a risk on. Again, I see no malfeasance in Devin's heart. He learns from his mistakes and his fundamental orientation is towards the good. I don't think he will disappoint the Court. I submit this character reference without any reservation.

Yours,

Rev. Johannes L. Jacobse

7470 Hickory Drive • Fort Myers, FL 33967 • █████
Antiochian Orthodox Christian Archdiocese
floridaorthodox.org