To whom It May Concern:

My name is Nathan Jansen, I am 28 years old, and I am from Knoxville, Tennessee. I am writing this letter in regards to Devin McNulty. Due to unfortunate circumstances I feel that it is my duty as a friend of Devin to briefly share about his character.

I have known Devin for almost 10+ years, and through good times and bad times I can honestly say Devin has always been there for me. Whether I needed advice, a helping hand, or even prayer; Devin was there for me. Devin owns a moving business and even showed up at my house with his truck and helped me move all of my heavy furniture to my new apartment, free of charge. Once I was fundraising money once for impoverished people in Africa and Devin was the first person to donate $100 without even batting an eye! He's prayed with me on the phone late at night when I had no one else to call on multiple occassions...

Case 1:23-cr-00235-TSC   Document 35-10   Filed 06/21/24   Page 2 of 2

Pg 2.

I am writing these words in hope you will get just a glimpse of his TRUE character and the kind of friend he has bee to me. I dont support his actions on that day at the Capital, but I know he wants to put that behind him and give him another start to do better in his life. I hope you take into consideration my words on his true character from my point of view as his close friend.

Thank you for reading this letter, God bless you.

— Nathan Jansen