To Whom it may concern,

      I met Devin through working at a door to door sales job the winter of 2015 and have been friends ever since. Devin has always been one of the hardest working and honest men I have known. Through anything in life, I could always count on him and anything I ever needed Devin was more than happy to help with. He has always treated both me and my family with respect and honesty. Devin is the type of person who is always willing to lend a hand to anyone who needs it and doesn't do it for any gratitude or self-serving reason. He truly cares for others for no reason other than it is the right thing to do. Quickly after we met he came upon a hard time that basically left him on his own but never once did i hear him complain or whine because of what he was going through. He showed up to work ready to work and ready to succeed. I don't judge people based on what they say they will do or have done. I base my judgement on how people act when they have nothing to gain. Time and time again Devin has shown me who he truly is, someone who is always ready to help others and expects nothing in return because that's what friends do.

      Tyler Staley