# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVIN MCNULTY,<br><br>        Defendant. | Crim. Action No. 1:23-cr-00235-TSC-1 |

## NOTICE OF FILING OF CD

Devin McNulty, by and through undersigned counsel, hereby files, via physical mail, a short video clip, in CD format, referenced by the sentencing memorandum by defense counsel.

>Respectfully submitted,
>
>*/s/ Sean Jengwei Young*
>SEAN JENGWEI YOUNG
>GEORGIA BAR NO. 790399
>
>*/s/ Colin Garrett*
>COLIN GARRETT
>GEORGIA BAR NO. 141751
>
>ATTORNEYS FOR MR. MCNULTY

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
Sean_Young@FD.org